IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                               PLAINTIFF

V.                         CASE NO.  4-11CV00062 JMM

ALEX G. BEAM                                                            DEFENDANT

## ORDER

Plaintiff's Application for Clerk's Default and Default Judgment is before the Court. The Clerk of the Court is directed to treat this pleading as a Motion for a Clerk's Default pursuant to Fed. R. Civ. P. 55(b)(1).

In the event a clerk's default is entered and Plaintiff seeks a default judgment, Plaintiff must do so by a separate pleading as provided for in Fed. R. Civ. P. 55(b)(2).

IT IS SO ORDERED THIS   29   day of   June  , 2011.

James M. Moody
United States District Judge