IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 4:11-CV-062 JMM |
| | ) | |
| ALEX G. BEAM | ) | |
| Defendant. | ) | |

**DEFAULT JUDGMENT**

Before the Court is the United States' Motion for Default Judgment pursuant to Fed. R. Civ. P. 55(b)(2) of the Federal Rules of Civil Procedure. The Clerk's Default is attached to the United States' Motion. The Clerk's Default is based upon affidavit by the Assistant U.S. Attorney setting forth sum certain.

JUDGMENT is entered herein in favor of plaintiff, United States of America, and against defendant, Alex G. Beam, in the sum of $140,518.01, principal of $115,478.64; administrative costs of $0.00; interest of $24,687.37 through August 9, 2011, at the rate of 8.250 % per annum until the date of judgment and from the date of judgment at the legal rate until fully paid; plus $290.00 filing fees; and $60.00 docket fees, and all other cost, if any.

IT IS SO ORDERED THIS 10    day of   August , 2011.


_____
James M. Moody
United States District Judge